IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-482-CV





EX PARTE: JEFF LEGGETT,



 RELATOR





 




HABEAS CORPUS PROCEEDING FROM TOM GREEN COUNTY



 





PER CURIAM



 Relator, Jeff Leggett, filed his petition for writ of habeas corpus on September 13,
1993. The petition for writ of habeas corpus is denied. Tex. R. App. P. 120(d).



Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Petition for Writ of Habeas Corpus Denied

Filed: October 13, 1993

Do Not Publish